**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT**
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JAN 13 2025
TAMMY H. DOWNS, CLERK
By: [signature] DEP CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
Central **DIVISION**

**CASE NO.** 4:25-cv-00022-KGB-JTK

This case assigned to District Judge Baker **Jury Trial:** ☐ **Yes** ☐ **No**
and to Magistrate Judge Kearney **(Check One)**

I. Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: Larry Johnson
ADC # ____________

Address: 500 S. Amity Suite 5B Conway, AR 72032

Name of plaintiff: David Martin
ADC # ____________

Address: 500 S. Amity Suite 5B Conway AR. 72032

Name of plaintiff: Dean Thompson 1/2/25
ADC # 198906

Address: ____________

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: C. Watkins

Position: Captain

Place of employment: Unit 1 & Unit 2 Jail

Address: 500 S. Amity Suite 5B Conway, AR 72032

Name of defendant: Ussery

Position: Sgt

Place of employment: Unit 1 county Jail

Address 500 S. Amity Suite 5B Conway, AR 72032

Name of defendant: Harrison

Position: LT.

Place of employment: Unit 1 county Jail

Address: 500 S. Amity Suite 5B Conway, AR 72032

Name of defendant: officer Smith

Position: officer

Place of employment: 500 Amity Suite 5 B Conway, AR 72032

Address: Unit 1 county Jail

II. Are you suing the defendants in:

- ☐ official capacity only
- ☐ personal capacity only
- ☒ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___ No ✓

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: ______________________________

______________________________

Defendants: ______________________________

______________________________

☐ Court (if federal court, name the district; if state court, name the county):

____________________________________________

☐ Docket Number: ______________________________________

☐ Name of judge to whom case was assigned: ______________________

☐ Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) ________________________________________

☐ Approximate date of filing lawsuit: ____________________________

☐ Approximate date of disposition: ______________________________

IV. Place of present confinement: __________________________________________

____________________________________________________________

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

__✓__ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: ___________________________________________________

_______________________________________________________

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A. Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes __✓__ No ____

B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes ✓ No ____

If not, why? ______________________________

VII. Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

11-30-24 I've asked Sgt + captain as well as other officers verbally about getting me as well as 50 other inmates off the cold concrete floor its has ~~my~~ my body hurting, back hurting, and the nurse said she has given me all she could give I'm in constant pain regretting having to sleep on concrete I'm seeking punitive damages as well as these other guys. Violation of my 8 amendment cruel + unusal punishment. Officer Smith opened my legal mail without me being in his presence on 12/24/24 which it was a letter that came from an attorney violating my Attorney/client privilegdes

To Whom It May Concern, 1-2-25

I have been sleeping on concrete for the last 21 days. The mat I have is less than 3 inches thick and I am having chronic back pain. I have repeatedly asked for a thicker mat, to no avail. I have asked verbally as well as in a grievance. What must I do to remedy this situation?

Dean Thompson

Statement of claim

statement of Claim

01-02-2025

This morning when I asked Lt. Harrison about getting off the floor & away from the toilet He told me to sign for ADC because there was room in Pod 309. (the ADC holding pod)

David Martin
David Martin

I have been laying on the floor near the toilet for almost a month now. My body hurts and this is unsanitary

David Martin
David Martin

plantiff Davion Richards

Address 500 S Amity suite 5 B conway, AR 72032

Davion Richards

signatures of plaintiff

Statement of claim 1-2-25

3-10-24 I have been on the floor for 9 months and I have asked verbally numberous of times as well as a grievances my body hurts and I'm tired of asking Watkins verbally and the medicine is not helping at all I'm seeking punitive damages for my lower back

## VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I'm requesting 2 million dollars in punitive damages due to wear & tear on my body as well as injunctive damages violation of 8th amendment

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 2nd day of January, 2025.

[signatures]

Signature(s) of plaintiff(s)

Johnson, Larry - 306
500 S. Amity Suite 5B
Conway AR 72032

LITTLE ROCK AR 720
6 JAN 2025 PM

Legal Mail

FIRST-CLASS
US POSTAGE IMI PITNEY BOWES
ZIP 72034
02 7H
0001297189
$ 001.25⁰
JAN 06 2025

United states District Court
600 West Capitol Ave
Suite A-149
Little Rock, Arkansas
72201-3325

Legal Mail

72201-333315

Indigent