**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**DAVID MARTIN**                                                                              **PLAINTIFF**

**v.**                                        **Case No. 4:25-cv-00022-KGB**

**C. WATKINS,** *et al.*                                                                    **DEFENDANTS**

**ORDER**

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 3).  Plaintiff David Martin has not filed any objections, and the time to file objections has passed.  Accordingly, after careful consideration, the Court approves and adopts the Proposed Findings and Recommendations in their entirety as this Court's findings in all respects (*Id.*).  Mr. Martin's complaint is dismissed without prejudice for failure to prosecute (Dkt. No. 1).  The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from this Order and the accompanying Judgment is considered frivolous and not in good faith.

It is so ordered this the 15th day of June, 2026.

_____
Kristine G. Baker
Chief United States District Judge